AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

**APPEARANCE**

Case Number: 07 CR 756

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jose Manuel Carranza-Ibanez

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/5/2007 | *(signature)* |
| Date | Signature |
| | Martine M. Beamon     MB 1687 |
| | Print Name     Bar Number |
| | 450 Lexington Avenue |
| | Address |
| | New York    New York    10017 |
| | City    State    Zip Code |
| | (212) 450-4262    (212) 450-3262 |
| | Phone Number    Fax Number |