AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 07 CR 756

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jose Carranza-Ibanez

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/6/2007 | *[signature]* |
| Date | Signature |
| | Kathryn Carney Cole — KC4275 |
| | Print Name — Bar Number |
| | 450 Lexington Avenue |
| | Address |
| | New York — New York — 10017 |
| | City — State — Zip Code |
| | (212) 450-4228 — (212) 450-3228 |
| | Phone Number — Fax Number |