UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3|5|08

UNITED STATES OF AMERICA,

                    Plaintiff,

    -v-

JOSE FRANCISCO MENDOZA, *et al.*,

                 Defendants.

No. 07 Cr. 756 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      At the conference held before the Court on March 4, 2008, the Court adopted the following schedule:

           Defendants shall submit, by March 7, 2008, a joint letter setting forth the trial schedules of all defense counsel from now until September, 2008.

           The next status conference in this case shall take place on Friday, April 11, 2008 at 2:00 p.m.

SO ORDERED.

Dated:     March 4, 2008
           New York, New York

                             RICHARD J. SULLIVAN
                             UNITED STATES DISTRICT JUDGE